FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 15, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS JAMES PHIPPS,<br><br>    Defendant. | NO. 4:16-CR-06050-SAB<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS** |

Before the Court is Defendant's Unopposed Motion to Dismiss, ECF No. 66. Defendant is represented by J. Stephen Roberts, Jr. The United States is represented by Assistant United States Attorney David Herzog.

Defendant asks the Court to dismiss the above-captioned case with prejudice because he has successfully completed the terms of the Deferred Prosecution Agreement that he entered in with the United States on September 13, 2018. The U.S. Probation and the United States do not oppose his motion.

//
//
//
//
//
//
//
//

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Dismiss, ECF No. 66, is **GRANTED**.

2. Pursuant to the terms of the Deferred Prosecution Agreement, the Indictment in the above-captioned case is **DISMISSED, with prejudice**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 15th day of September 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS** ~ 2